# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE BOARD OF CERTIFIED COURT REPORTER EXAMINERS | **Opinion Delivered:** September 14, 2017 |

## PER CURIAM

The court appoints Julie Beckman of Greenbrier, Certified Court Reporter, G. Michael Ashcraft of Warren, Certified Court Reporter, and Garold W. Pritsch of Hot Springs, Certified Court Reporter, to the Board of Certified Court Reporter Examiners for three-year terms expiring on July 31, 2020. The court appreciates their willingness to serve on this important board.

The Honorable Jodi Raines Dennis of Pine Bluff, Circuit Judge, 11th-West Judicial Circuit, and the Honorable Eddy R. Easley of Sheridan, Circuit Judge, 7th Judicial Circuit, are reappointed to the Board of Certified Court Reporter Examiners for three-year terms expiring on July 31, 2020. The court thanks them for their continued service on this board.

The court expresses its gratitude to Patricia Hendrix of Little Rock, Certified Court Reporter, Leigh Ann Cook of Conway, Certified Court Reporter, and Reni Irby of Searcy,

Certified Court Reporter, whose terms have expired, for their many years of service on this

board.